### FERRY v. CORBETT et al.

(Circuit Court of Appeals, Ninth Circuit. October 18, 1920.)

No. 3473.

Appeal from the District Court of the United States for the District of Oregon.

Suit in equity by Evelyn P. Ferry against Henry L. Corbett and others. Decree for defendants, and complainant appeals. Affirmed.

James G. Wilson and George B. Guthrie, both of Portland, Or., and Charles Haldane, of New York City, for appellant.

Joseph Simon and John M. Gearin, both of Portland, Or., for appellees.

Before GILBERT, ROSS, and HUNT, Circuit Judges.

GILBERT, Circuit Judge. The questions involved in this case are identical with those which were presented in Ferry v. Spokane P. & S. Ry. Co., 268 Fed. 117, recently decided by this court, and upon the authorities therein cited the decree of the court below is affirmed.